AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.          2:13-mj-423-RAM |
| | ) | |
| Kent Lamar Woolridge, | ) | Charging District:   Western District of Washington |
| _Defendant_ | ) | Charging District's Case No.  CR13 031 RSL |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | United States District Court - Western District of Washington 700 Stewart Street, Suite 5200 Seattle, Washington | Courtroom No.: |
|---|---|---|
| | | Date and Time:  Thursday, July 11, 2013, at 9 a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:      Jun 21, 2013

_Judge's signature_

ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE
_Printed name and title_